**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Midlands Math and Business Academy Charter School, Appellant,

v.

Richland County School District One Board of Commissioners, Respondent.

Appellate Case No. 2012-208467

Appeal From The Administrative Law Court
S. Phillip Lenski, Administrative Law Judge

Unpublished Opinion No. 2013-UP-095
Heard January 10, 2013 – Filed March 6, 2013

**AFFIRMED**

Samuel M. Mokeba and Jenny A. Draffin, Baker, Ravenel & Bender, LLP, of Columbia, for Appellant.

Charles J. Boykin, Boykin & Davis, LLC, of Columbia, and Ralph J. Smiley, of Orangeburg, for Respondent.

**PER CURIAM:** Midlands Math and Business Academy Charter School appeals the administrative law court's order affirming Richland County School District One

Board of Commissioners' decision to revoke the School's charter. We find the ALC properly determined substantial evidence supported the Board's findings that the School violated the Individuals with Disabilities Education Act and that the Board was required to revoke the School's charter pursuant to subsection 59-40-110(C)(4) of the South Carolina Code (Supp. 2012). We therefore affirm pursuant to Rule 220(b)(1), SCACR, and these authorities: S.C. Code Ann. § 1-23-380(5) (Supp. 2012) (providing the ALC may reverse or modify an agency's decision if, among other things, it was "clearly erroneous in view of the reliable, probative, and substantial evidence on the whole record"); § 59-40-90 (Supp. 2012) (stating the ALC reviews a school board's decision as provided in Code sections 1-23-380 and 1-23-600); *S.C. Dep't of Corr. v. Mitchell*, 377 S.C. 256, 260, 659 S.E.2d 233, 236 (Ct. App. 2008) (declining to address appellant's remaining issues when resolution of another issue was dispositive of the appeal).

**AFFIRMED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**